UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                                    Plaintiff,

                    -against-

CVR ASSOCIATES INC., et al.,

                                    Defendants.

1:19-CV-9190 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 26, 2019, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:    November 26, 2019
          New York, New York

_____
        COLLEEN McMAHON
   Chief United States District Judge